253 So.2d 383

**Gottleib R. DIETZ et ux.**
**v.**
**THE SUPERIOR OIL COMPANY.**

**No. 51850.**

Oct. 28, 1971.

In re: The Superior Oil Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 252 So.2d 198.

Writ denied. No error of law.

BARHAM, J., is of the opinion the writ should be granted.

253 So.2d 384

**OAK RIDGE BUILDERS, INC., et al.**
**v.**
**Mary Louise BRYANT.**

**No. 51851.**

Oct. 28, 1971.

In re: Mary Louise Bryant applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Calcasieu. 252 So.2d 169.

Writ denied. No error of law.